IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SAMUEL FRIMMBONG ADUSAH, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-129 (CDL) |
| | * |
| Attorney General PAM BONDI, *et al.*, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of September 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk